■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HINES, Appellant. [689 NYS2d 906] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him upon a plea of guilty of one count of attempted robbery in the first degree (Penal Law §§ 110.00, 160.15 [2]). The record establishes that defendant knowingly,

intelligently and voluntarily waived his right to appeal (*see, People v Seaberg,* 74 NY2d 1, 11). The waiver encompassed Supreme Court's denial of defendant's application for a youthful offender adjudication (*see, People v Hidalgo,* 91 NY2d 733, 737; *People v Wagoner,* 234 AD2d 831). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Attempted Robbery, 1st Degree.) Present—Denman, P. J., Green, Pine, Scudder and Balio, JJ.